IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

EVA HELEN CANNIE,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0944

Opinion filed December 6, 2017.

Petition for Writ of Habeas Corpus -- Original Jurisdiction.
Steven B. Whittington, Judge.

Eva Helen Cannie, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of habeas corpus is dismissed as unauthorized. See Logan

v. State, 846 So. 2d 472 (Fla. 2004). In light of the dismissal, the motion, filed on

October 23, 2017, is denied.

WOLF, LEWIS, and M.K. THOMAS, JJ., CONCUR.